IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARTHA WAKEFIELD | ) |
| | ) |
| Plaintiff, | ) No.: NO. 3:12-0453 |
| | ) |
| v. | ) JURY DEMAND |
| | ) |
| PI&I MOTOR EXPRESS, INC., JWK | ) JUDGE HAYNES |
| BROS., INC., and TIMOTHY D. MARTIN | ) MAGISTRATE BRYANT |
| | ) |
| Defendants. | ) |

## ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the plaintiff, Martha Ann Wakefield, and defendants, PI&I Motor Express, Inc., JWK Bros., Inc., and Timothy D. Martin, have agreed to compromise and settle all matters in controversy in this case and that defendants PI&I Motor Express, Inc., JWK Bros., Inc., and Timothy D. Martin are intended to be discharged from any further liability to the plaintiff, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that defendants PI&I Motor Express, Inc., JWK Bros., Inc., and Timothy D. Martin be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendants. The costs of this action are taxed to the defendants for which execution may issue if necessary.

BE IT SO ENTERED this 5th day of October, 2012.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.


By: /s/ John R. Tarpley
   John R. Tarpley, BPR No. 9661
   424 Church Street, Suite 2500
   Post Office Box 198615
   Nashville, TN 37219
   (615) 259-1366

   Attorneys for Defendants PI&I Motor Express, Inc.,
   JWK Bros., Inc., and Timothy D. Martin



By: /s/ Blair Durham
   Blair Durham, BPR No. 21453
   Bart Durham Injury & Accident Law Offices
   404 James Robertson Parkway
   1712 Parkway Towers
   Nashville, TN 37219-1586
   (615) 242-9000

   Attorneys for Plaintiff Martha Ann Wakefield

2

Case 3:12-cv-00453   Document 21   Filed 10/04/12   Page 2 of 3 PageID #: 88